## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM MCGINNIS & ROSE MARIE MCGINNIS

v.

W.B. HOMES, INC., ANTONIO COLETTA, LLC, WILLIAM J. BONENBERGER, HOWARD LYNCH PLASTERING, INC., OMNIA GROUP ARCHITECTS, LLC, OMNIA GROUP, INC., PENN GWYN LP, THORNBY DEVELOPMENT CORP., WB HOMES DEVELOPMENT CO., INC.

PETITION OF: W.B. HOMES, INC., W.B. HOMES DEVELOPMENT CO., INC., WILLIAM J. BONENBERGER, PENN GWYN, L.P., & THORNBY DEVELOPMENT CORP.

:  No. 188 MAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Application to Expedite and the Petition for Allowance of Appeal are **DENIED**.